# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN CARRERA,
Appellant,
vs.
CLAUDIA MONTES,
Respondent.

No. 80047

FILED

DEC 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court decision regarding a motion for reconsideration. Eighth Judicial District Court, Clark County; Rhonda Kay Forsberg, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. It appears that the district court orally denied a motion for reconsideration on November 7, 2019. However, this oral order is not effective. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court,* 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). To date, it does not appear that the district court has entered a written order formally

 

19-51694

resolving the motion. Accordingly, it appears that this court lacks jurisdiction and this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Rhonda Kay Forsberg, District Judge
Marvin Carrera
Claudia Montes
Eighth District Court Clerk

---

[1]Given this order, no action will be taken on appellant's motion for stay pending appeal.